UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Marc Silver, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., PHARMERICA CORPORATION, CHEM RX CORPORATION, NCS HEALTHCARE, INC. AND NEIGHBORCARE, INC., <br><br> Defendants. | Civil Action No. 1:11-cv-01326-ESK-AMD |

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal entered by Relator Marc Silver ("Relator") and Defendant PharMerica Corporation ("PharMerica"), together with the Consents to Dismissal filed by the United States, the District of Columbia, and the states of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Wisconsin, and the Court having considered these submissions;

It is on this __3rd__ day of _____July_____, 2024,

ORDERED that this action is dismissed in its entirety with prejudice as to Relator.

IT IS FURTHER ORDERED that this action is dismissed in its entirety without prejudice as to the United States, the District of Columbia, and the states of California, Colorado,

Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Wisconsin

                                                  */s/ Edward S. Kiel*
                                                  **Edward S. Kiel**
                                                  **United State District Judge**